AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DALI BAGROU,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:22-cv-208
                               4:19-cr-150

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 2, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's 28 U.S.C. § 2255 petition is denied. Petitioner is denied the issuance of a Certificate of Appealbility and is not entitled to appeal in forma pauperis. This action stands closed.

Approved by: _____

November 7, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020